IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-199-GCM**

| | |
|---|---|
| CAROLYN EVANS,<br>　　　　　　Plaintiff,<br>　　v.<br><br>RETIREMENT PLAN FOR HOURLY<br>EMPLOYEES REPRESENTED BY<br>UNION OF NEEDLETRADES,<br>INDUSTRIAL AND TEXTILE<br>EMPLOYEES, A.F.L., C.L.C.,<br>LOCAL 630,<br>　　　　　　Defendant. | **ORDER** |

　　THIS MATTER is before the Court on its own motion. A Pre-Trial Order and Case Management Plan [doc. 18] was signed by Judge Keesler on January 21, 2008. Subsequently, the undersigned was added as presider on June 18, 2008.

　　IT IS ORDERED that the Pre-Trial Order of January 21, 2008 shall remain in effect. IT IS FURTHER ORDERED that the trial in this matter is scheduled for January 12, 2009 at 10:00 a.m. .

　　　　　　　　　　Signed: July 1, 2008

　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　United States District Judge