IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-199-GCM

| | |
|---|---|
| CAROLYN EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RETIREMENT PLAN FOR HOURLY ) | |
| EMPLOYEES REPRESENTED BY UNION ) | |
| OF NEEDLETRADES, INDUSTRIAL AND ) | |
| TEXTILE EMPLOYEES, A.F.L., C.L.C., ) | |
| LOCAL 630, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on the motion by Defendant, Retirement Plan for Hourly Employees Represented by Union of Needletrades, Industrial and Texile Employees, A.F.L., C.L.C., Local 630 ("Defendant"), to modify part of the Pretrial Order and Case Management Plan entered in this cause on January 25, 2008 by enlarging the time within which the Parties may complete mediated settlement discussions and submit a report of that process to the Court. The Court having considered the Defendant's motion and other documents of record, and it appearing to the Court that the Plaintiff consents to the Defendant's motion and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the Defendant's motion be, and the same hereby is, GRANTED, and that Section IV, titled ADR, of the Pretrial Order and Case Management Plan entered in this cause on January 25, 2008, is hereby modified and amended to extend the time within which the Parties may complete mediated settlement discussions and submit a report of that process to the Court, to and including the 26th day of August, 2008.

539170v1

This 29th day of July, 2008.

*[signature]*
GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE